UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

JASON L. SANDERS,

   Petitioner,      Case No. 1:20-cv-872

v.             Honorable Paul L. Maloney

HEIDI E. WASHINGTON et al.,

   Respondents.
_____/

## **ORDER**

In accordance with the opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.

Dated: September 16, 2020    /s/ Paul L. Maloney
                Paul L. Maloney
                United States District Judge